**Order entered September 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01545-CV

## IN THE MATTER OF DEMPSTER A. ROSS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

## ORDER

Before the Court is appellant's second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 20, 2020. As the brief was first due June 19, 2020, *we caution that further extensions will not be granted absent exigent circumstances*.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE